# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERIC CHRISTOPHER JONES  : CASE NO. 4:22-bk-02069
      Debtor  :
        : Chapter 13

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

    Please take notice that William R. Swinehart, Esquire, on behalf of Wiest, Muolo, Noon, Swinehart & Bathgate, hereby enters his appearance as attorney for Central Keystone Federal Credit Union in the above proceeding, and pursuant to Bankruptcy Rule 2002, requests that his name be added to the mailing list maintained by the Clerk of papers served or required to be served in this case be given to and served upon him at the following address:

Wiest, Muolo, Noon, Swinehart & Bathgate
240-246 Market Street, P.O. Box 791
Sunbury, PA 17801
attwrs@ptd.net

    Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleading, motions, applications, complaints, demands, hearings, request or petitions, answering or reply papers, memoranda, and briefs in support of any of the foregoing and any document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegram, telex, or otherwise.

**WIEST, MUOLO, NOON, SWINEHART & BATHGATE**

               /s/ William R. Swinehart
BY:   William R. Swinehart, Esquire
       Wiest, Muolo, Noon, Swinehart & Bathgate
       Attorney ID 55806
       240-246 Market Street, P.O. Box 791
       Sunbury, PA 17801
       (570) 286-7777
       Email attwrs@ptd.net
       Fax (570) 286-8075
       Dated: November 4, 2022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERIC CHRISTOPHER JONES : CASE NO. 4:22-bk-02069
      Debtor :
: Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2022 the foregoing was electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail address:

Jason Paul Provinzano
Email: MyLawyer@JPPLaw.com

Jack N. Zaharopoulos
Email: info@pamd13trustee.com

BY:    /s/ William R. Swinehart
William R. Swinehart, Esquire
Attorney I.D. #55806
240-246 Market Street, P.O. Box 791
Sunbury, PA 17801
(570) 286-7777
(570) 286-8075 (fax)
attwrs@ptd.net