UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 22-02069-MJC

Eric Christopher Jones  Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

In re:                                                                                                     Bankr. Case No. 22-02069-MJC

Eric Christopher Jones                                                                                  Chapter 13

        Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on November 8, 2022 :

    JASON PAUL PROVINZANO                          Jack N Zaharopoulos
    16 W. Northampton Street                                Standing Chapter 13 Trustee
    Wilkes Barre, PA 18701                                    8125 Adams Drive, Suite A
                                                                       Hummelstown, PA 17036

                                                           By /s/ Mandy Youngblood
                                                                  Mandy Youngblood

xxxxx92561 / 1063820