In re:      Case No. 22-02069-MJC

Eric Christopher Jones     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 3

Date Rcvd: Dec 01, 2022     Form ID: ntcnfhrg     Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Eric Christopher Jones, 7 Luzerne Ave, Elysburg, PA 17824-7231 |
| 5503017 | | Central Keystone Fcu, 1000 Market St, Sunbury, PA 17801-2403 |
| 5504450 | + | Central Keystone Federal Credit Union, 1000 Market Street, Sunbury, PA 17801-2403 |
| 5503013 | | Jones Eric Christopher, 7 Luzerne Ave, Elysburg, PA 17824-7231 |
| 5503014 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5504449 | + | William R. Swinehart, 240-246 Market Street, P. O. Box 791, Sunbury, PA 17801-0791 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 01 2022 18:57:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5506017 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 01 2022 18:42:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5504529 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 01 2022 18:42:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5503015 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 01 2022 18:42:00 | Americredit/Gm Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 5503016 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 01 2022 18:57:59 | Best Buy/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5503018 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 01 2022 18:57:55 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5503019 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 01 2022 18:57:59 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5503020 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 01 2022 18:57:49 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5503021 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 01 2022 18:57:50 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5503022 | | Email/Text: bankruptcy.notices@hdfsi.com | Dec 01 2022 18:42:00 | Esb/Harley Davidson Cr, 3850 Arrowhead Dr, Carson City, NV 89706-2016 |
| 5503023 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 01 2022 18:42:00 | Gm Financial, 200 Bailey Ave, Fort Worth, TX 76107-1210 |
| 5503024 | | Email/Text: bankruptcy.notices@hdfsi.com | Dec 01 2022 18:42:00 | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 5503025 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 01 2022 18:57:48 | Jpmcb Card, PO Box 15369, Wilmington, DE |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5508143 | + | Email/Text: RASEBN@raslg.com | Dec 01 2022 18:42:00 | 19850-5369<br>JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5503026 | | Email/Text: ktramble@lendmarkfinancial.com | Dec 01 2022 18:41:00 | Lendmark Financial Ser, 2118 Usher St NW, Covington, GA 30014-2434 |
| 5506366 | | Email/Text: ktramble@lendmarkfinancial.com | Dec 01 2022 18:41:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 5509108 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 01 2022 18:57:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5503027 | ^ | MEBN | Dec 01 2022 18:39:41 | Lendmark Financial Services, Attn: Bankuptcy, 1735 N Brown Rd Ste 300, Lawrenceville, GA 30043-8228 |
| 5503028 | | Email/Text: bankruptcy@marinerfinance.com | Dec 01 2022 18:42:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5503029 | | Email/Text: bankruptcy@marinerfinance.com | Dec 01 2022 18:42:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5503030 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 01 2022 18:57:49 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5503031 | | Email/PDF: cbp@onemainfinancial.com | Dec 01 2022 18:57:58 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5503032 | | Email/PDF: cbp@onemainfinancial.com | Dec 01 2022 18:57:49 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5503033 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 01 2022 18:42:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5503034 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 01 2022 18:42:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5507801 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 01 2022 18:42:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5503035 | | Email/PDF: gecsedi@recoverycorp.com | Dec 01 2022 18:57:54 | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5503340 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 01 2022 18:57:54 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5503036 | | Email/PDF: gecsedi@recoverycorp.com | Dec 01 2022 18:57:54 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 5503037 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 01 2022 18:57:50 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5503038 | | Email/Text: LCI@upstart.com | Dec 01 2022 18:42:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 5503039 | | Email/Text: LCI@upstart.com | Dec 01 2022 18:42:00 | Upstart Network Inc/F, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 5504214 | ^ | MEBN | Dec 01 2022 18:39:47 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5503040 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 01 2022 18:41:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr Ste 599, Saint Charles, MO 63304-2225 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | Central Keystone Federal Credit Union, 1000 Market Street, Sunbury, PA 17801-2403 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Eric Christopher Jones MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William R. Swinehart | on behalf of Creditor Central Keystone Federal Credit Union attwrs@ptd.net aowmns@ptd.net |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Eric Christopher Jones, <br> aka Eric C. Jones, aka Eric Jones, | Chapter | 13 |
| **Debtor 1** | Case No. | 4:22−bk−02069−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**December 29, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court <br> Max Rosenn US Courthouse, <br> Courtroom 2, 197 South Main <br> Street, Wilkes−Barre, PA 18701 | Date: January 5, 2023 <br><br> Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> 197 S Main St, Wilkes−Barre, PA 18701 OR <br> 228 Walnut St,Rm320,Harrisburg, PA 17101 <br> 570−831−2500/717−901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 1, 2022 |

ntcnfhrg (08/21)