

IN THE UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

2202069

DEBTOR(S):

ERIC CHRISTOPHER JONES

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 14 IN THE AMOUNT OF $6,573.80

CREDITOR'S SIGNATURE:

*/s/ Lore'l Thompson*

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

3/15/2023