United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 22-02069-MJC
Eric Christopher Jones  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 2
Date Rcvd: Apr 12, 2023     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2023:**

**Recip ID**     **Recipient Name and Address**
+   Andrew W Jones, 140 N Market St, Elysburg, PA 17824-9758

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2023 at the address(es) listed below:**

**Name**     **Email Address**

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

Jason Paul Provinzano
    on behalf of Debtor 1 Eric Christopher Jones MyLawyer@JPPLaw.com G17727@notify.cincompass.com

Keri P Ebeck
    on behalf of Creditor Harley-Davidson Credit Corp kebeck@bernsteinlaw.com
    jbluemle@bernsteinlaw.com;politicsci2@gmail.com

Michael Patrick Farrington
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William R. Swinehart
    on behalf of Creditor Central Keystone Federal Credit Union attwrs@ptd.net aowmns@ptd.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: | Bankruptcy No. 4:22-bk-02069-MJC |
|---|---|
| ERIC CHRISTOPHER JONES, | Chapter 13 |
| Debtor, | |
| | Doc. No. 27 |
| HARLEY-DAVIDSON CREDIT CORP, | |
| Movant, | |
| V. | |
| ERIC CHRISTOPHER JONES, ANDREW W. JONES, and JACK N ZAHAROPOULOS, Trustee, Respondents. | |

ORDER OF COURT

Upon consideration of the foregoing Motion for Relief from the Automatic Stay and Co-Debtor Stay, after Notice and an opportunity for a hearing, no responses having been filed, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Harley-Davidson Credit Corp, in the 2009 Harley-Davidson FXSTB Night Train, VIN# 1HD1JA5179Y055258.

Movant is further granted relief from the co-debtor stay pursuant 11 U.S.C. § 1301 (c) to recover from Co-Debtor, Andrew W. Jones, any amounts that remain due and owing pursuant to the underlying Promissory Note and Security Agreement subsequent to the sale of the collateral.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: April 12, 2023