Certificate Number: 17572-PAM-DE-040015778

Bankruptcy Case Number: 22-02069



17572-PAM-DE-040015778

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 25, 2025, at 7:44 o'clock AM PDT, Eric C Jones completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 25, 2025

By: /s/Benjamin E Wunsch

Name: Benjamin E Wunsch

Title: Counselor