In re:                                                                        Case No. 22-02069-MJC

Eric Christopher Jones                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4           User: AutoDocke           Page 1 of 4

Date Rcvd: Aug 26, 2025        Form ID: 3180W           Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Eric Christopher Jones, 7 Luzerne Ave, Elysburg, PA 17824-7231 |
| 5503017 | | Central Keystone Fcu, 1000 Market St, Sunbury, PA 17801-2403 |
| 5504450 | + | Central Keystone Federal Credit Union, 1000 Market Street, Sunbury, PA 17801-2403 |
| 5503013 | | Jones Eric Christopher, 7 Luzerne Ave, Elysburg, PA 17824-7231 |
| 5504449 | + | William R. Swinehart, 240-246 Market Street, P. O. Box 791, Sunbury, PA 17801-0791 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2025 18:47:23 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | EDI: PRA.COM | Aug 26 2025 22:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5506017 | | EDI: PHINAMERI.COM | Aug 26 2025 22:40:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5504529 | + | EDI: PHINAMERI.COM | Aug 26 2025 22:40:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5503015 | | EDI: PHINAMERI.COM | Aug 26 2025 22:40:00 | Americredit/Gm Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 5503016 | | EDI: CITICORP | Aug 26 2025 22:40:00 | Best Buy/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5513412 | | EDI: CITICORP | Aug 26 2025 22:40:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5503018 | | EDI: CITICORP | Aug 26 2025 22:40:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5503019 | | EDI: CITICORP | Aug 26 2025 22:40:00 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5503020 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 26 2025 18:47:49 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5503021 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 26 2025 18:47:48 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5509992 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 26 2025 18:39:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5503022 | | Email/Text: bankruptcy.notices@hdfsi.com | Aug 26 2025 18:40:00 | Esb/Harley Davidson Cr, 3850 Arrowhead Dr, Carson City, NV 89706-2016 |

| Number | | Method | Date | Recipient |
|---|---|---|---|---|
| 5503023 | | EDI: PHINAMERI.COM | Aug 26 2025 22:40:00 | Gm Financial, 200 Bailey Ave, Fort Worth, TX 76107-1210 |
| 5503024 | | Email/Text: bankruptcy.notices@hdfsi.com | Aug 26 2025 18:40:00 | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 5509298 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy. | Aug 26 2025 18:39:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5514683 | | EDI: JEFFERSONCAP.COM | Aug 26 2025 22:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5508143 | + | Email/Text: RASEBN@raslg.com | Aug 26 2025 18:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5503025 | | EDI: JPMORGANCHASE | Aug 26 2025 22:40:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5503026 | | Email/Text: bk@lendmarkfinancial.com | Aug 26 2025 18:39:00 | Lendmark Financial Ser, 2118 Usher St NW, Covington, GA 30014-2434 |
| 5503027 | | Email/Text: bk@lendmarkfinancial.com | Aug 26 2025 18:39:00 | Lendmark Financial Services, Attn: Bankuptcy, 1735 N Brown Rd Ste 300, Lawrenceville, GA 30043-8228 |
| 5506366 | | Email/Text: bk@lendmarkfinancial.com | Aug 26 2025 18:39:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 5509108 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2025 18:47:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5503014 | | Email/Text: mylawyer@jpplaw.com | Aug 26 2025 18:39:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5510533 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 26 2025 18:46:57 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5503028 | | Email/Text: bankruptcy@marinerfinance.com | Aug 26 2025 18:39:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5503029 | | Email/Text: bankruptcy@marinerfinance.com | Aug 26 2025 18:39:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5503030 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 26 2025 18:47:58 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5503031 | | EDI: AGFINANCE.COM | Aug 26 2025 22:40:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5503032 | | EDI: AGFINANCE.COM | Aug 26 2025 22:40:00 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5503033 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 26 2025 18:40:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5503034 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 26 2025 18:40:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5507801 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 26 2025 18:40:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5503035 | | EDI: SYNC | Aug 26 2025 22:40:00 | Synch/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5503340 | ^ | MEBN | Aug 26 2025 18:37:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5503036 | | EDI: SYNC | Aug 26 2025 22:40:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 5503037 | | EDI: CITICORP | Aug 26 2025 22:40:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |

| 5503038 | EDI: LCIUPSTART | | |
|---|---|---|---|
| | | Aug 26 2025 22:40:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 5503039 | EDI: LCIUPSTART | | |
| | | Aug 26 2025 22:40:00 | Upstart Network Inc/F, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 5504214 | ^ MEBN | | |
| | | Aug 26 2025 18:37:28 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5503040 | EDI: VERIZONCOMB.COM | | |
| | | Aug 26 2025 22:40:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr Ste 599, Saint Charles, MO 63304-2225 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | Central Keystone Federal Credit Union, 1000 Market Street, Sunbury, PA 17801-2403 |
| 5513551 | *+ | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Eric Christopher Jones MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Keri P Ebeck | on behalf of Creditor Harley-Davidson Credit Corp kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William R. Swinehart | on behalf of Creditor Central Keystone Federal Credit Union attwrs@ptd.net  rbieber@wmnsb.com;klesher@wmnsb.com |

| | | |
|---|---|---|
| Debtor 1 | **Eric Christopher Jones** | Social Security number or ITIN  xxx–xx–6287 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN  _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:  4:22–bk–02069–MJC | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Eric Christopher Jones
aka Eric C. Jones, aka Eric Jones

**By the court:**

8/26/25

Mark J. Conway, United States
Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---